UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 05475
DAVID L WOLFE
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-2746


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 03/27/07 and confirmed on 07/20/07.

    2.   The case was dismissed after confirmation, 11/02/2007.

    3.   The Debtor paid a total of $    775.00 .

    4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MARATHON FINANCIAL CORP | UNSECURED | .00 | .00 | .00 |
| MARATHON FINANCIAL CORP | MORTGAGE ARRE | .00 | .00 | .00 |
| CHASE HOME EQUITY | UNSECURED | 19586.26 | .00 | .00 |
| CHASE HOME EQUITY | MORTGAGE ARRE | .00 | .00 | .00 |
| D & E FINANCE INC | SECURED VEHIC | .00 | .00 | .00 |
| E&A CREDIT UNION | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| STATE OF MICHIGAN | PRIORITY | NOT FILED | .00 | .00 |
| STATE OF MICHIGAN | UNSECURED | NOT FILED | .00 | .00 |
| CADILLAC ACCOUNTS REC MG | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CARDIOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| MERCY CENTER HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISTRICT 2016 | UNSECURED | NOT FILED | .00 | .00 |
| ENDOCRINE & DIABETES | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PHYSICIAN HEALTH SERVICE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PORT HURON HEART CTR | UNSECURED | NOT FILED | .00 | .00 |
| PORT HURON HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| THOMAS PEREIRA PC | UNSECURED | NOT FILED | .00 | .00 |
| SENIOR HOMEHEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| TRI-HOSPITAL EMS INC | UNSECURED | NOT FILED | .00 | .00 |
| TRS RECOVERY SERVICES | UNSECURED | NOT FILED | .00 | .00 |

```
UNITED COLLECTION BUREAU UNSECURED       NOT FILED              .00          .00
UNITED COLLECTION BUREAU UNSECURED       NOT FILED              .00          .00
FORD MOTOR CREDIT CO     UNSECURED       NOT FILED              .00          .00
PATRICK A MESZAROS       REIMBURSEMENT   274.00                 .00       274.00
           Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 274.00 | 19586.26 | .00 | 19860.26 |
| PRINCIPAL PAID | .00 | 274.00 | .00 | .00 | 274.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 274.00 | .00 | .00 | 274.00 |

The Debtor's attorney, PATRICK A MESZAROS             , was allowed $   3000.00
and was paid $     480.85 .

The Trustee received $     20.15 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 02/11/08                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE